COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-353-CR

                                                 

THE STATE OF TEXAS                          STATE

V.

JEAN LUC BOUTEMY DE GUISLAIN APPELLEE

----------

FROM COUNTY CRIMINAL 
COURT NO. 7 OF TARRANT COUNTY

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “State’s Motion To Dismiss Appeal.”  The  motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See id.;
 
Tex. R. App. P.
 43.2(f).        PER CURIAM

PANEL D: 
DAUPHINOT, HOLMAN, and GARDNER
, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: February 28, 2008 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.